CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff
ORLANDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 4:22-cv-00198-HSG |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| RDF INVESTMENTS, LLC, a California Limited Liability Company; J&B ENTERPRISES, INC., a California Company; | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: April 21, 2022          By: /s/ Amanda Seabock

Amanda Seabock
Attorney for Plaintiff