CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorney for Plaintiff

BRUCE A. NEILSON (SBN: 096952)
bneilsonlaw@gmail.com
7108 N. Fresno St. #410
Fresno, California 93720
Telephone (559) 432-9831
Facsimile (559) 432-1837
Attorneys for Defendants
RDF Investments, LLC and J&B Enterprises, Inc.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>      Plaintiff,<br><br>v.<br><br>RDF INVESTMENTS, LLC, a California Limited Liability Company;<br>J&B ENTERPRISES, INC., a California Company;<br><br>      Defendants. | Case No.: 4:22-cv-00198-HSG<br><br>JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 22, 2022          CENTER FOR DISABILITY ACCESS

                                   By: /s/ Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorneys for Plaintiff

Dated: September 22, 2022          BRUCE A. NEILSON, ATTORNEY

                                   By:  /s/Bruce A. Neilson
                                   Bruce A. Neilson
                                   Attorney for Defendants RDF Investments, LLC
                                   and J&B Enterprises, Inc

SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Bruce A. Neilson, counsel for RDF Investments, LLC and J&B Enterprises, Inc., and that I have obtained Mr. Neilson's authorization to affix his electronic signature to this document.

Dated: September 22, 2022              CENTER FOR DISABILITY ACCESS

                                        By: /s/ Amanda Lockhart Seabock
                                        Amanda Lockhart Seabock
                                        Attorneys for Plaintiff